IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRANKO MAJSTORIC,

      Plaintiff,                  No. 2:11-cv-2006 KJN P

    vs.

DEPUTY HOMEN, et al.,

      Defendants.         <u>ORDER</u>

_____/

       Plaintiff, presently held in the Sacramento County Jail, is proceeding in forma pauperis and without counsel. Plaintiff seeks to subpoena preliminary hearing transcripts from case numbers 09561612 and 1294266. It appears plaintiff seeks to obtain transcripts from hearings held on plaintiff's charges brought in Sacramento County Superior Court. Plaintiff is advised that preliminary hearing transcripts are prepared by certified court reporters and therefore are not obtained by way of subpoena. If plaintiff was represented by counsel at the preliminary hearing, it is likely that plaintiff's defense counsel has a copy of the preliminary hearing transcript, and plaintiff may obtain a copy of the transcript from counsel. However, if plaintiff did not have counsel, or counsel does not have a copy of the transcript, plaintiff must contact the court reporter's office at the Sacramento County Superior Court, 720 Ninth Street, Sacramento, California, and provide the date of the preliminary hearing, the department in which the

1

preliminary hearing was held, and the court case number (and plaintiff may have to pay for the transcript) .  Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for subpoena (dkt. no. 25) is denied.

DATED:  June 14, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

majs2006.sub