1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   BRANKO MAJSTORIC,

11          Plaintiff,                    No. 2:11-cv-2006 KJN P

12      vs.

13   DEPUTY HOMEN,

14          Defendant.                    ORDER

15   _____/

16          All parties have stipulated that this action be dismissed.  (Dkt. No. 29.)

17   Accordingly, IT IS HEREBY ORDERED that this action is dismissed with prejudice pursuant to

18   Fed. R. Civ. P. 41(a)

19   DATED:   July 20, 2012

20

21                                        _____
                                          KENDALL J. NEWMAN
22                                        UNITED STATES MAGISTRATE JUDGE

23   majs2006.59c

24

25

26