IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRANKO MAJSTORIC,

     Plaintiff,                    No. 2:11-cv-2006 KJN P

     vs.

DEPUTY HOMEN,

     Defendant.                <u>ORDER</u>

_____/

       All parties have stipulated that this action be dismissed. (Dkt. No. 29.) Accordingly, IT IS HEREBY ORDERED that this action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)

DATED: July 20, 2012

                                            KENDALL J. NEWMAN
                                            UNITED STATES MAGISTRATE JUDGE

majs2006.59c